# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| APRIL HOLLY FERGUSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-14-1421-M |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On March 24, 2015, plaintiff filed a motion to dismiss without prejudice. On April 08, 2015, United States Magistrate Judge Charles B. Goodwin entered an Order recommending that plaintiff's motion to dismiss be granted. Upon review of plaintiff's motion and the Magistrate Judge's Report and Recommendation [docket no. 8], the Court GRANTS plaintiff's motion to dismiss without prejudice [docket no. 7] and DISMISSES this action without prejudice.[1]

**IT IS SO ORDERED this 6th day of May, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] In his order, the Magistrate Judge gave the parties until April 22, 2015, to object. A review of the record shows no objection has been filed.